BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:97-CR-05197 LJO |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT GUADALUPE SALDONA** |
| v. | |
| GUADALUPE SALDONA, et al., | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **GUADALUPE SALDONA** is hereby DISMISSED and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **July 24, 2013**          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

1